UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-20026-CR-WILLIAMS

UNITED STATES OF AMERICA
    Plaintiff,

vs.

WENQIANG BIAN

    Defendant.
_____/

## ORDER

**THIS MATTER** came before the Court upon Magistrate Judge Andrea M. Simonton's report and recommendation [DE#81] as to Defendant Bian's Motion to Suppress Evidence Derived from Illegal Search and Seizure [DE#53]. The Court having conducted a *de novo* review of this entire matter, it is **ORDERED AND ADJUDGED** that the decision of Magistrate Judge Andrea M. Simonton is **AFFIRMED AND ADOPTED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 2nd day of May, 2016.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE